82,572-01

Court of Criminal
Appeals of texas
P.O. box. 12308 capitol
Austin. tx. 78711.

Chamel Anderson
1811941 lane Murray
1916 n. Hwy 36 Bypass,
galesville tx. 76596

RECEIVED IN
COURT OF CRIMINAL APPEALS
AUG 03 2015
Abel Acosta, Clerk

RE: Application Writ of Habeas
Corpus. cause no. F09.56401-U
No. WR-82,572,-01

Back in January 2015. I recieved letter.
which was filed in January. stating issue
would. try to be resolved within 90 days.
which I believe to be April & from there
it was forwarded. to this court. within 120
days. which I believe to be May 2015 would
have. been a conclusion I have not
recieved any letters stating an extention
or even the status. of my application
   if at all possibly could you please
let me know whats going on.

Its very much appreciated.
thank you

CHAMEL ANDERSON